IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SAMMY EDWARD SIMPSON, II,  )
                           )
     Plaintiff,            )
                           )     CIVIL ACTION NO.
     v.                    )       2:25cv486-MHT
                           )            (WO)
BRETT GIFFORD,             )
                           )
     Defendant.            )
```

OPINION

Plaintiff filed this lawsuit while incarcerated at Butner Federal Medical Center in Butner, North Carolina. It is difficult, if not impossible, to understand what claim or claims plaintiff seeks to raise in his complaint. All orders mailed to plaintiff by the court have been returned undeliverable by the post office. Plaintiff's whereabouts are unknown, and efforts to obtain updated address information from plaintiff have been unsuccessful. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections

to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of December, 2025.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**